**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 32  
**IP Address:** 108.2.105.126  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | CBD792EEE4CAE7D3F8C57CBF6137D88DA302B90D | 07/03/2025 18:12:58 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 2 | A5C001A46E5D3D91EB637A25BD0440487E889109 | 07/03/2025 18:07:47 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 3 | 1861ef4964b96015ba0dc4afe0d99827fc6336b7 | 07/03/2025 17:54:43 | Milfy | 07/02/2025 | 07/08/2025 | PA0002539167 |
| 4 | D7F873FF97E74133C04225338756F0D127299F1A | 06/06/2025 02:23:18 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 5 | A6E3559DA2FE92360F629DB8AA740C143106F8CE | 06/06/2025 02:22:16 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 6 | BEE582466AAFBDCF06A218DEA4E3859F8C10165D | 06/06/2025 02:18:52 | TushyRaw | 05/17/2025 | 05/21/2025 | PA0002532008 |
| 7 | 7DBB05C651265E69A529DEF012CF764C7BD2F99B | 06/06/2025 02:17:43 | Vixen | 05/30/2025 | 06/09/2025 | PA0002534206 |
| 8 | 44AA88ABFA1C5182A37B7F90C890FC04EAA4548C | 06/06/2025 02:15:12 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 9 | 8E30259AC5BF0C78B35D38CAC206E388BA228338 | 06/06/2025 02:14:48 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 10 | 8de283a6a7ab9b363dec696611e9f5ed65d2e0ad | 06/06/2025 02:14:15 | Tushy | 06/01/2025 | 06/09/2025 | PA0002534200 |
| 11 | 14F699BBD092A66B35BE8B26B72D17EFD677B12C | 05/09/2025 14:58:59 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 12 | e769c274201090b00989e18fa1e7cfe46a3a05da | 05/09/2025 14:58:55 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 13 | 79AD516514999087CABB5C3CE6601C8323FE223A | 03/24/2025 22:25:53 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 14 | 7EF3756C743AE320AD774F0E7357ECA77534A4A5 | 01/25/2025 16:35:23 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |
| 15 | 784EAD97D01394B3AB3CC216609229E74E62D815 | 01/17/2025 04:13:14 | Vixen | 04/14/2017 | 06/16/2017 | PA0002069289 |
| 16 | 583C858FB05C3CBB1EC52E771E21D47D2CFE2D37 | 01/15/2025 20:56:10 | Vixen | 12/27/2024 | 01/16/2025 | PA0002509637 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7C323A06628DE3E1649DFF9DD372C00B08033EC1 | 01/04/2025 16:37:09 | Vixen | 01/03/2025 | 01/16/2025 | PA0002509633 |
| 18 | 8623EE30B3610460CBE5EACE9562AB5C0966EDD0 | 12/15/2024 03:40:39 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 19 | ED4B327986FE079B55604C1632EC7BB074C3965E | 12/06/2024 17:21:35 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 20 | ed6f75a9aa6d03345c02d5772fb8cb28e4cafc93 | 10/28/2024 16:27:31 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 21 | DA346F966A87AD81E487BCC8D5058B99E2F3D522 | 10/09/2024 22:22:16 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 22 | F0FEEA90892CB91054E356C88374094E94FCE0E2 | 10/09/2024 22:21:04 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 23 | EA0147FE47E3AA9A6F41EABE59373033E69F1D93 | 10/08/2024 01:33:46 | Vixen | 09/27/2024 | 10/16/2024 | PA0002494780 |
| 24 | 52B549AEEE981B0FC62102EDB1B68D92E45CEB8A | 10/08/2024 01:31:31 | Tushy | 10/06/2024 | 10/16/2024 | PA0002494765 |
| 25 | dd49e130ea1ae88dee85eb0e61aa1d3dd76e91db | 09/20/2024 02:34:04 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 26 | 0DA3306E0FA9507562387B1A4FAE1021B40119B6 | 08/21/2024 00:55:35 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |
| 27 | 2D064936ECCA9A60128D9830A0F9E4214F141099 | 06/13/2024 16:04:14 | Vixen | 06/07/2024 | 09/04/2024 | PA0002490391 |
| 28 | 85E80AD7295BD2C5548C493BB62C0E0A85359006 | 06/06/2024 15:56:45 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 29 | 13c0a029849539beff890cefe8ae2d0f0489c30b | 05/05/2024 15:51:32 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 30 | a0df42e2ce123f3aed18185ed76dea6773f4d0ee | 05/05/2024 15:51:13 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 31 | 08ED1CB13056980515157AD1D6CBA063FEF4A591 | 03/24/2024 21:43:21 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 32 | 9f18096e7ae7c436d4cb364e2b0e461775c75a2d | 03/23/2024 00:07:17 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |